Submitted on record and brief January 31, judgment for compensatory fine vacated; otherwise affirmed February 26, 1992

STATE OF OREGON,
*Respondent,*

*v.*

DOUGLAS PRENTICE,
*Appellant.*

(C83-05-32439; CA A68582)

825 P2d 295

David E. Groom, Portland, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Jonathan H. Fussner, Assistant Attorney General, Salem, filed the brief for respondent.

Before Joseph, Chief Judge, and Deits and Durham, Judges.

PER CURIAM

## PER CURIAM

Defendant pled guilty to a charge of racketeering. ORS 166.720. Imposition of sentence was suspended, and he was placed on probation for 5 years, subject to certain conditions, among which was that he pay restitution. Subsequently, as a result of a probation violation, probation was extended for another year. Two months before probation was to expire, the court, evidently concerned that the expiration would leave a large amount of the restitution unpaid, entered a judgment purporting to "convert" the unpaid restitution to a compensatory fine.

The state concedes that there is no authority that authorizes a court to convert the outstanding balance of unpaid restitution to a compensatory fine at the expiration of probation. We accept the concession.

Judgment for compensatory fine vacated; otherwise affirmed.